IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

STEPHEN STOWERS,

        Plaintiff,

v.                              CIVIL ACTION NO. 5:05-cv-00048

THE HARTFORD FINANCIAL GROUP,
INC., et al.,

        Defendants.

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of plaintiff Stephen Stowers to conduct limited discovery and submit additional limited evidence [Docket 28]. Mr. Stowers filed a similar motion to conduct discovery on June 20, 2005. In a November 14, 2005, order, the court denied Mr. Stowers' first motion to conduct limited discovery. Mr. Stowers most recent motion fails to present any new legal arguments. Accordingly, for the reasons stated in its November 14, 2005, order, the court **DENIES** Mr. Stowers motion for limited discovery.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:        February 21, 2006

                JOSEPH R. GOODWIN
                UNITED STATES DISTRICT JUDGE